UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL G. DORSEY #328769** | **CIVIL ACTION** |
| **versus** | **NO. 07-036** |
| **STATE OF LOUISIANA** | **SECTION: "A" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Michael G. Dorsey** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE